UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROEBER'S INCORPORATED,<br><br>Defendant. | Case No.: C 10-4915 PSG<br><br>**ORDER TO SHOW CAUSE WHY ANSWER SHOULD NOT BE STRICKEN, DEFAULT ENTERED, AND A DEFAULT JUDGEMENT ISSUED AGAINST DEFENDANT** |

A case management conference was scheduled in this matter for January 4, 2011. Counsel for Defendant did not appear. If a defendant has failed to defend and that failure is shown by affidavit or otherwise, then the clerk must enter the defendant's default. The clerk or the court may then issue a default judgment against the defendant. *See* Fed. R. Civ. P. 55. Accordingly,

IT IS HEREBY ORDERED that Defendant must show cause why its answer should not be stricken, default entered, and a default judgment issued against them in this manner. Defendant shall respond in writing no later than January 13, 2011.

Dated: January 5, 2010

PAUL S. GREWAL
United States Magistrate Judge

ORDER